**In re Robert J. MINCHAK
and Parley C. Lane.**

**No. 02–1055.**

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

**Myrtle BROYLES, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

**No. 02–3106.**

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

**COAST FEDERAL BANK, FSB,
Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–
Cross Appellant.**

**Nos. 02–5032, 02–5044.**

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).